MORRIS FELDMAN, Appellant, v. IDA JACOBS, Respondent.— Judgment dismissing complaint at close of plaintiff's case in an action to recover damages sustained by reason of plaintiff's falling from a window reversed on the law and a new trial granted, costs to appellant to abide the event. We are of the opinion that there were questions of fact to be determined by the jury as to the negligence of defendant and the contributory negligence of plaintiff. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Scudder, J., dissents and votes to affirm.

THE GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Respondent, v. EMMA J. MESEROLE and Another, Appellants.— Order granting summary judgment in action on a promissory note, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements, the court being of opinion that the undisputed facts show that section 1083-b of the Civil Practice Act is not applicable to this case as the indebtedness represented by the promissory note in suit did not originate simultaneously with the mortgage. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of SARAH E. MORGAN, Deceased. SARAH E. MORGAN and Another, Respondents; MARGARET MORGAN FAUTH, Appellant.— Order of the Surrogate's Court of Suffolk county, granting proponents' motion for a bill of particulars and staying the contestant from proceeding with an examination before trial previously granted to the contestant, modified by eliminating therefrom the stay of the examination under the order directing such examination and by providing that the bill of particulars be served within ten days after the completion of the examination before trial; the examination to proceed on ten days' notice. As so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.